**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

John R. Vallosio,                                           Bankr. No. 19-24887-CMB

Debtor.                                                     Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To: Clerk of Courts

    Please enter the appearance of Larry Wahlquist on behalf of the United States Trustee in the above captioned matter.

Respectfully Submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By:    /s/Larry Wahlquist
    Larry Wahlquist, Trial Attorney
    DC 492864
    Liberty Center, Suite 970
    1001 Liberty Avenue
    Pittsburgh, Pennsylvania 15222
    (412) 644-4756 Telephone
    Email: Larry.E.Wahlquist@usdoj.gov