# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
6/23/20 1:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JOHN R. VALLOSIO |
| **Case Number:** | 19-24887-CMB          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 11, 2020 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#5 - Chapter 13 Plan Dated 12/18/2019 (N)
R / M #:  5 / 0

### Appearances:

J. Skidl

Debtor:
Trustee:  Winnecour  /  Pail  / (Katz)  /  DeSimone

Creditor:

*Can 4 for resolution of Gulf Harbour (a #10). Debtor to file objection if not resolved.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _9/24/20 @ 2:30pm_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set  for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: