IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John R. Vallosio, ) | Case No. 19-24887 CMB |
| *Debtor* ) | Chapter 13 |
| ) | |
| John R. Vallosio, ) | Related to Doc. No. 32 |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 29, 2020, a true and correct copy of the *Amended Plan dated 6-22-20* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on that attached mailing matrix.

Date of Service:    June 29, 2020    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965