IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John R. Vallosio, | ) | Case No. 19-24887 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| John R. Vallosio, | ) | Related to Doc. No. 32 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| *No Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on June 29, 2020, a true and correct copy of the *Amended Plan dated 6-22-20* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on that attached mailing matrix.


Date of Service:    June 29, 2020    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965

```
Label Matrix for local noticing         Barclays Bank Delaware                  Barclays Bank Delaware
0315-2                                  Attn: Correspondence                    P.o. Box 8803
Case 19-24887-CMB                       Po Box 8801                             Wilmington, DE 19899-8803
WESTERN DISTRICT OF PENNSYLVANIA        Wilmington, DE 19899-8801
Pittsburgh
Thu Jul  2 07:27:08 EDT 2020

Capital One                             Capital One                             Capital One Bank (USA), N.A.
Attn: Bankruptcy                        Po Box 30281                            by American InfoSource as agent
Po Box 30285                            Salt Lake City, UT 84130-0281           PO Box 71083
Salt Lake City, UT 84130-0285                                                   Charlotte, NC  28272-1083


Chase Auto Finance                      Chase Auto Finance                      Credit One Bank N.A.
Attn: Bankruptcy                        P.o. Box 901003                         PO Box 98872
Po Box 901076                           Fort Worth, TX 76101-2003               Las Vegas, NV 89193-8872
Fort Worth, TX 76101-2076


Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC      Gulf Harbour Investments Corporation
Discover Products Inc                   PO BOX 3025                             c/o Specialized Loan Servicing LLC
PO Box 3025                             NEW ALBANY OH 43054-3025                8742 Lucent Blvd, Suite 300
New Albany, OH  43054-3025                                                      Highlands Ranch, Colorado 80129-2386


Internal Revenue Service                LVNV Funding, LLC                       LVNV Funding/Resurgent Capital
PO Box 7346                             Resurgent Capital Services              Attn: Bankruptcy
Philadelphia, PA 19101-7346             PO Box 10587                            Po Box 10497
                                        Greenville, SC 29603-0587               Greenville, SC 29603-0497


LVNV Funding/Resurgent Capital          Mariner Finance, LLC                    Mariner Finance, LLC
C/o Resurgent Capital Services          8211 Town Center Dr                     Attn: Bankruptcy
55 Beattie Pl #110                      Nottingham, MD 21236-5904               8211 Town Center Drive
Greenville, SC 29601-5115                                                       Nottingham, MD 21236-5904


Midland Credit Management, Inc.         Midland Fund                            Midland Fund
PO Box 2037                             320 East Big Beaver                     Attn: Bankruptcy
Warren, MI 48090-2037                   Troy, MI 48083-1238                     350 Camino De La Reine Ste 100
                                                                                San Diego, CA 92108-3007


ONEMAIN                                 Office of the United States Trustee     OneMain Financial
P.O. BOX 3251                           Liberty Center.                         Attn: Bankruptcy
EVANSVILLE, IN 47731-3251               1001 Liberty Avenue, Suite 970          Po Box 3251
                                        Pittsburgh, PA 15222-3721               Evansville, IN 47731-3251


OneMain Financial                       PRA Receivables Management, LLC         Pennsylvania Dept. of Revenue
Po Box 1010                             PO Box 41021                            Department 280946
Evansville, IN 47706-1010               Norfolk, VA 23541-1021                  P.O. Box 280946
                                                                                ATTN: BANKRUPTCY DIVISION
                                                                                Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Quantum3 Group LLC as agent for         SYNCB/American Eagle
PO BOX 41067                            Crown Asset Management LLC              PO Box 965005
NORFOLK VA 23541-1067                   PO Box 788                              Orlando, FL 32896-5005
                                        Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | John R. Vallosio<br>2131 Forest Drive<br>Apollo, PA 15613-9021 |
| Larry E. Wahlquist<br>U.S. Trustee Program/Dept. of Justice<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222-3721 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Woodforest National Bank<br>25231 Grogans Mill Road<br>The Woodlands, TX 77380-3103 | Woodforest National Bank<br>PO Box 7889<br>The Woodlands, TX 77387-7889 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gulf Harbour Investments Corporation

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38