IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John R. Vallosio, | ) | Case No. 19-24887 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| John R. Vallosio, | ) | Related to Doc. No. 53 |
| Social Security No. XXX-XX- 1039 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Veterans Affairs | ) | |
| And Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 14, 2022, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

John R. Vallosio
2131 Forest Drive
Apollo, PA 15613

Veterans Affairs
Department of Justice-Civilian Division
Garnishment Law, Directorate-HGA
PO Box 998002
Cleveland, OH 44199-8002

**Served by CM/ECF:** Ronda J. Winnecour, Trustee

Date of Service:      September 14, 2022    /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA I.D. 34965