IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| John Vallosio ) | Case No. 19-24887 CMB |
|     Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | Related to Document Nos. 61-63 |
| ) | |
|     vs. ) | Hearing Date: February 12, 2025 @ 1:30 |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Dept. of Revenue, Barclays Bank Delaware, ) | |
| Capital One, JP Morgan Chase Bank, Credit One Bank, ) | |
| Discover Bank, Discover Financial, Gulf Harbor ) | |
| Investments, IRS, LVNV Funding, Mariner Finance, ) | |
| Midland Credit Management, One Main Financial, PRA ) | |
| Receivables Management, Portfolio Recovery Assoc., ) | |
| Quantum3 Group, Synchrony/American Eagle, ) | |
| Woodforest National Bank ) | |
|     Respondents ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors filed on January 17, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors appears thereon. Pursuant to the Notice of Hearing, objections to the Application for Final Compensation by Counsel for Debtors were to be filed and served no later than February 3, 2025.

It is hereby respectfully requested that the Order attached to the Application for Final Compensation by Counsel for Debtors be entered by the Court.

                                          Respectfully submitted,

                                          STEIDL AND STEINBERG, P.C.

Date: <u>February 6, 2025</u>                    By:<u>/s/ Kenneth. Steidl</u>
                                          Kenneth Steidl, Esquire
                                          Attorney for the Debtors
                                          STEIDL & STEINBERG
                                          Suite 322- Koppers Building, 436 7th Ave.
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          PA I.D. No.:    34965
                                          ken.steidl@steidl-steinberg.com

**PAWB Local Form 25 (07/13)**