IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| John Vallosio | ) | Case No. 19-24887 CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. 61 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Dept. of Revenue, Barclays Bank Delaware, | ) | |
| Capital One, JP Morgan Chase Bank, Credit One Bank, | ) | |
| Discover Bank, Discover Financial, Gulf Harbor | ) | |
| Investments, IRS, LVNV Funding, Mariner Finance, | ) | |
| Midland Credit Management, One Main Financial, PRA | ) | |
| Receivables Management, Portfolio Recovery Assoc., | ) | **ENTERED BY DEFAULT** |
| Quantum3 Group, Synchrony/American Eagle, | ) | |
| Woodforest National Bank | ) | |
|     Respondents | ) | |

## ORDER OF COURT

AND NOW, to-wit this ___7th___ day of ___February___, 2025, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $4,075.00 for

    work performed in the Chapter 13 case by Debtor's counsel from July 11, 2018, to January 17,

    2025

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which

    included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

    being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00

    retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by

    the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

    fees in this case for Debtor's counsel is $8,075.00, with the total to be paid through the Plan by

    the Trustee being up to $7,475.00 (representing the $3,400.00 previously approved to be paid (as

    set forth above), $1,000.00 provided for as part of the  most recently entered confirmation order,

and a remaining amount up to $3,075.00 to be paid from any funds the Chapter 13 Trustee may

have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4.  The fees requested will not decrease the amount to be paid to other creditors being paid through

the Chapter 13 Plan;

5.  The clerk shall record the total additional compensation as $4,075.00.


_Carlota M. Böhm_   **dmr**

Carlota M. Böhm
United States Bankruptcy Court Judge


FILED
2/7/25 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA


Additional fees may be paid through the Chapter 13 plan
provided that debtor(s) amend the plan within 14 days
after the application for fees is allowed to increase the
plan payment sufficiently to include those fees. The fees
must be paid from debtor(s) resources without decreasing
the percentage or amount to be paid to other creditors
through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-24887-CMB

John R. Vallosio                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

**Recip ID              Recipient Name and Address**
db              +   John R. Vallosio, 2131 Forest Drive, Apollo, PA 15613-9021

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Debtor John R. Vallosio julie.steidl@steidl-steinberg.com |
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Larry E. Wahlquist | |
| | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                                    User: auto                                    Page 2 of 2
Date Rcvd: Feb 07, 2025                                 Form ID: pdf900                                Total Noticed: 1
TOTAL: 5