**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JOHN R. VALLOSIO | Case No.:19-24887 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/27/2019 and confirmed on 02/07/2020 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,344.00 |
| Less Refunds to Debtor | 582.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,762.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,475.00 | |
|    Trustee Fee | 3,207.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,682.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GULF HARBOUR INVESTMENTS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8790 | | | | |
|   GULF HARBOUR INVESTMENTS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8790 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN R. VALLOSIO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN R. VALLOSIO | 582.00 | 582.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 4,075.00 | 4,075.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-25 | | | | |
|   INTERNAL REVENUE SERVICE\* | 7,655.80 | 7,655.80 | 0.00 | 7,655.80 |
|     Acct: 1039 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CLEARVIEW FCU** | 0.00 | 13,200.00 | 0.00 | 13,200.00 |
| Acct: 7025 | | | | |
| | | | | 20,855.80 |
| **Unsecured** | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,391.57 | 1,808.46 | 0.00 | 1,808.46 |
| Acct: 0101 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1450 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 3,678.57 | 2,781.65 | 0.00 | 2,781.65 |
| Acct: 0781 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,960.79 | 2,238.88 | 0.00 | 2,238.88 |
| Acct: 5850 | | | | |
| CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3509 | | | | |
| DISCOVER BANK(*) | 5,678.03 | 4,293.60 | 0.00 | 4,293.60 |
| Acct: 6700 | | | | |
| LVNV FUNDING LLC | 3,299.19 | 2,494.77 | 0.00 | 2,494.77 |
| Acct: 3233 | | | | |
| LVNV FUNDING LLC | 1,029.68 | 778.62 | 0.00 | 778.62 |
| Acct: 7766 | | | | |
| LVNV FUNDING LLC | 776.84 | 587.43 | 0.00 | 587.43 |
| Acct: 0146 | | | | |
| MARINER FINANCE LLC | 4,869.38 | 3,682.12 | 0.00 | 3,682.12 |
| Acct: 4642 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,254.11 | 3,216.86 | 0.00 | 3,216.86 |
| Acct: 5710 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 4,808.69 | 3,636.23 | 0.00 | 3,636.23 |
| Acct: 4651 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WOODFOREST NATIONAL BANK | 2,495.75 | 1,887.24 | 0.00 | 1,887.24 |
| Acct: 3604 | | | | |
| INTERNAL REVENUE SERVICE* | 1,899.54 | 1,436.39 | 0.00 | 1,436.39 |
| Acct: 1039 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN. | 503.94 | 381.07 | 0.00 | 381.07 |
| Acct: 7687 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7687 | | | | |
| OFFICE OF THE UNITED STATES TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 29,223.32 |

TOTAL PAID TO CREDITORS                                                                                              50,079.12

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 7,655.80 |
| SECURED | 0.00 |
| UNSECURED | 38.646.08 |

Date: 04/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com