# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JOHN R. VALLOSIO

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:19-24887

Chapter 13

Document No.: 71

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __17th__ day of __April__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/17/25 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

_Carlota M. Böhm_   **dmr**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24887-CMB
John R. Vallosio Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Vallosio, 2131 Forest Drive, Apollo, PA 15613-9021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:24:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175759 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 18 2025 02:18:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15175757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 18 2025 02:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15175763 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:24:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15175761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:22:30 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15179699 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:35:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15175766 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2025 02:23:38 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15175765 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2025 03:18:25 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15175767 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 18 2025 02:22:30 | Credit One Bank N.A., PO Box 98872, Las Vegas, NV 89193-8872 |
| 15175769 | | Email/Text: mrdiscen@discover.com | Apr 18 2025 02:17:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15175768 | | Email/Text: mrdiscen@discover.com | Apr 18 2025 02:17:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15178974 | | Email/Text: mrdiscen@discover.com | Apr 18 2025 02:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15204703 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 18 2025 02:18:00 | Gulf Harbour Investments Corporation, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15175770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2025 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15179705 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:22:46 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-24887-CMB    Doc 81    Filed 04/19/25    Entered 04/20/25 00:27:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15175774 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:23:29 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15175771 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:22:37 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15175778 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 18 2025 02:17:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15175777 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 18 2025 02:17:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15198538 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 02:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15175779 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 02:18:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15175780 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 02:18:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15180171 | | Email/PDF: cbp@omf.com | Apr 18 2025 02:23:45 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15175782 | + | Email/PDF: cbp@omf.com | Apr 18 2025 02:22:27 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15175781 | + | Email/PDF: cbp@omf.com | Apr 18 2025 02:34:32 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15212491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:23:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15207286 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2025 02:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15175783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:45:26 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 15176450 | ^ | MEBN | Apr 18 2025 02:05:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15175784 | + | Email/Text: ebankruptcy@woodforest.com | Apr 18 2025 02:19:00 | Woodforest National Bank, 25231 Grogans Mill Road, The Woodlands, TX 77380-3103 |
| 15175785 | + | Email/Text: ebankruptcy@woodforest.com | Apr 18 2025 02:19:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulf Harbour Investments Corporation |
| 15175760 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15175758 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15175764 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15175762 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15175775 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15175776 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15175772 | *+ | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 15175773 | *+ | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 32 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor John R. Vallosio julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5